# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERARD WILLIAMS,<br><br>        Plaintiff,<br><br>v.<br><br>LKQ CORPORATION,<br><br>        Defendant. | Case No.: 21-cv-06310 (GRB) (AYS)<br><br>**COMPLIANCE WITH LOCAL RULE 7.2.** |

Pursuant to Local Rule 7.2, please find enclosed the unpublished decisions cited in Defendant's memorandum of law in support of its motion to dismiss Plaintiff's complaint.

Dated: New York, New York
       October 30, 2023

                               FISHER & PHILLIPS LLP

                          By: _____
                               David B. Lichtenberg, Esq.
                               7 Times Square, Suite 4300
                               New York, New York 10036
                                 -and-
                               430 Mountain Avenue
                               Murray Hill, NJ 07974
                               Telephone: (908) 516-1050
                               Fax: (908) 516-1051
                               E-mail: dlichtenberg@fisherphillips.com
                               *Attorneys for Defendant*

FP 48635711.1