UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERARD WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>LKQ CORPORATION,<br><br>    Defendant. | Case No.: 21-cv-06310 (GRB) (AYS)<br><br>**CERTIFICATION OF SERVICE** |

  I, David B. Lichtenberg, Esq., hereby certify that on this 29th day of January, 2024, true and correct copies of Defendant's Notice of Motion to Dismiss Plaintiff's Second Amended Complaint and supporting documents, Plaintiff's Opposition to same and Defendant's Reply to Plaintiff's Opposition in support of its motion to dismiss Plaintiff's Second Amended Complaint pursuant to Local Rule 7.2, are being filed electronically with the Court today and served upon *pro se* Plaintiff Everard Williams by electronic and regular mail per the Court's instructions.

                                 _____
                                  David B. Lichtenberg, Esq.

Dated: January 29, 2024